**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

Guadalupe Flores, on behalf of herself and all
other similarly situated persons, known and
unknown, Plaintiffs,
v.

Ace Laser Tek, Inc., and Stephen G. Litcher,
individually, Defendants.

Case No. 1:16-cv-2105

Hon. Judge Durkin

**JOINT STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above

entitled action, by their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1), that this

matter shall be dismissed in its entirety, with prejudice, with each party incurring its own attorneys'

fees and costs.

Respectfully submitted,

s/Raisa Alicea
Raisa Alicea
Consumer Law Group, LLC
6232 N. Pulaski, Suite 200
Chicago, IL 60646

s/Lonny Ben Ogus
Lonny Ben Ogus
Attorney at Law
203 N. LaSalle St., Suite 2100
Chicago, IL 60601